

# THE FARRELL LAW GROUP, LLC
COUNSELORS & ATTORNEYS AT LAW

November 23, 2010

Dear Katrina Corbin:

This is an attempt to collect a debt and any information obtained will be used for that purpose.

Our law firm has been retained by LoanPointUSA to resolve the following delinquent account matter. LoanPointUSA's records indicate that you have unpaid debt as listed below:

Creditor – LoanPointUSA
Date of Loan – 05/25/10
Loan Account Number – ███████
File Number - █████
Amount due – $960.00
The amount due reflects the unpaid loan balance of $960.00 as permitted by the loan agreement.

Please return your payment in the amount of $960.00 immediately. Your check or money order should be made payable to The Farrell Law Group, LLC.

You may also visit www.payfig.com to negotiate payment arrangements. To sign on to the website you will need to enter the File Number 42196 and the last four digits of your Social Security Number.

For all other inquiries regarding this matter, please contact our office at 1-877-469-7103. Our hours are Monday through Friday 8:00 a.m. to 6:00 p.m. Central Time.

Unless you notify this office within 30 days after receiving this notice that you dispute the validity of this debt or any portion thereof, this office will assume this debt is valid. If you notify this office in writing within 30 days from receiving this notice that you dispute the validity of this debt this office will obtain verification of the debt or obtain a copy of a judgment and mail you a copy of such judgment or verification. If you request of this office in writing within 30 days after receiving this notice, this office will provide you with the name and address of the original creditor, if different from the current creditor.

Regards,
Clayton B. Farrell, Attorney
The Farrell Law Group, LLC

PO Box 32274 Kansas City, Missouri 64171 | 877.469.7103 | FarrellLegalServices.com

Page 1 of 1 / 1169

▼ ***Detach and Return with Payment*** ▼

PO Box 32274
Kansas City, MO 64171-5274

| TO PAY BY CREDIT CARD, PLEASE COMPLETE THIS SECTION | ☐ VISA | ☐ MasterCard |
|---|---|---|
| CARD NUMBER | CC-ID# | EXP. DATE |
| CARD HOLDER NAME (please print) | | SIGNATURE |

Date of Loan: 05/25/10
Loan number: ███████
Amount Due: $960.00    AMOUNT ENCLOSED $_____

Katrina Corbin
███████, IN █████

The Farrell Law Group, LLC
PO Box 32274
Kansas City, MO 64171-5274



EXHIBIT A