# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF INDIANA
# SUMMONS IN A CIVIL CASE

| | |
|---|---|
| Katrina Corbin, individually and on behalf of all others similarly situated, | Docket Number: _____ |
| Plaintiff, | Assigned Judge: _____ |
| v. | Designated<br>Magistrate Judge: _____ |
| The Farrell Law Group, LLC, a Missouri limited liability company,<br>Defendant. | |

**1:10-cv- 1 6 7 4** JMS. MJD

TO: The Farrell Law Group, LLC
C/O David L. Marcus, as registered agent
1100 Main Street
Suite 2600
Kansas City, Missouri 64105

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY:

David J. Philipps
Philipps & Philipps, Ltd.
9760 S. Roberts Road
Suite One
Palos Hills, Illinois 60465
(708) 974-2900

an answer to the complaint which is herewith served upon you, within 21 days after service of this summons upon you exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court, 46 East Ohio Street, Room 105, Indianapolis, Indiana 46204, within a reasonable period of time after service.

| | |
|---|---|
| _____<br>CLERK<br>Laura A. Briggs, Clerk | DEC 2 0 2010<br><br>Date |
| _____<br>(by) Deputy Clerk | |

## RETURN OF SERVICE

| Service of the Summons and Complaint was made by me. | DATE: 12/29/2010 |
|---|---|
| NAME OF SERVER (PRINT) Nathaniel Scott | TITLE Private Process Server |

*Check one box below to indicate appropriate method of service-*

☑ Served personally upon the defendant. Place where served: David L. Marcus @ 1100 Main St. St 2700 Kansas City, Mo

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.
Name of person with whom the summons and complaint were left: _____

☐ Returned unexecuted: _____

☐ Other (specify): _____

### STATEMENT OF SERVICES FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
| | | |

### DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on 12/29/2010
Date

Signature of Server

Address of Server

Express Process Service
8418 Brookville Road
Indianapolis, IN 46239

# AFFIDAVIT OF SERVICE

## UNITED STATES DISTRICT COURT
### Southern District of Indiana

Case Number: 1:10-CV-1674 JMS-MJD

Plaintiff:
**Katrina Corbin, individually and on behalf of all others similarly situated**
vs.
Defendant:
**The Farrell Law Group, LLC**

Received by EXPRESS PROCESS SERVICE, INC. on the 28th day of December, 2010 at 12:45 pm to be served on The Farrell Law Group, LLC c/o David L. Marcus, Registered Agent, 1100 Main Street, Suite 2600, Kansas City, MO 64105. I, Nathaniel Scott , being duly sworn, depose and say that on the 29th day of December , 2010 at 10:50 a.m., executed service by delivering a true copy of the **Summons and Complaint** in accordance with state statutes in the manner marked below:

( ) PUBLIC AGENCY: By serving _____ as _____ of the within-named agency.

( ) SUBSTITUTE SERVICE: By serving _____ as _____.

(✓) CORPORATE SERVICE: By serving David Marcus as Registered Agent.

( ) OTHER SERVICE: As described in the Comments below by serving _____ as _____.

( ) NON SERVICE: For the reason detailed in the Comments below.

COMMENTS: _____

Age 40's Sex (M) F   Race Wht.   Height 5'10"   Weight 180 lbs. Hair brown   Glasses Y (N)

I certify that I have no interest in the above action, am of legal age and have proper authority in the jurisdiction in which this service was made.

Subscribed and Sworn to before me on the 29 day of December , 2010 by the affiant who is personally known to me.

NOTARY PUBLIC

LORRI LANE
My Commission Expires
March 14, 2014
Cass County
Commission #10947634

PROCESS SERVER # PPS10-320
Appointed in accordance with State Statutes

**EXPRESS PROCESS SERVICE, INC.**
8418 Brookville Road
Indianapolis, IN 46239-9491
(317) 890-1055

Our Job Serial Number: 2010006753

Copyright © 1992-2010 Database Services, Inc. - Process Server's Toolbox V6.4i